Bingham McCutchen LLP
DAVID BALABANIAN (SBN 37368)
david.balabanian@bingham.com
CHARLENE S. SHIMADA (SBN 91407)
charlene.shimada@bingham.com
JOHN D. PERNICK (SBN 155468)
john.pernick@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants
Hansen Medical, Inc., Fredrick H. Moll
and Steven M. Van Dick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANSEN MEDICAL INC., FREDERICK H. MOLL and STEVEN M. VAN DICK,<br><br>Defendants. | Case No. 09-cv-5094 JF<br><br>**STIPULATION AND [PROPOSED] ORDER PER LOCAL RULE 6-2 SETTING TIME FOR FILING OF AMENDED COMPLAINT AND FOR DEFENDANTS' RESPONSES TO COMPLAINT** |

| | |
|---|---|
| 1 | WHEREAS, the above-captioned action was filed on October 23, 2009, alleging |
| 2 | violations of the federal securities laws against Defendants Hansen Medical, Inc., Frederic H. |
| 3 | Moll and Steven M. Van Dick (collectively, "Defendants"), and is subject to the requirements of |
| 4 | the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), including consolidation |
| 5 | of related actions, the appointment of a lead plaintiff and approval of lead counsel. 15 U.S.C. |
| 6 | §78u-4(a)(3); |
| 7 | WHEREAS, on December 22, 2009, Mina Farr and Nader Farr ("Proposed Lead |
| 8 | Plaintiffs") filed their Motion for Consolidation of Related Actions, Appointment as Lead |
| 9 | Plaintiff, and Approval of Lead Counsel. No other parties have filed motions for appointment as |
| 10 | lead plaintiff. |
| 11 | WHEREAS, the hearing on Proposed Lead Plaintiffs' motion for appointment is set for |
| 12 | January 29, 2010. |
| 13 | IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-2, by and |
| 14 | between plaintiff Robert Curry, Proposed Lead Plaintiffs, and Defendants, through their |
| 15 | respective counsel, as follows: |
| 16 | 1. Defendants, without waiving any defense based on lack of jurisdiction or |
| 17 | improper venue or any claim of forum non conveniens, authorize their counsel to accept service |
| 18 | of the complaint filed by Plaintiff in this action. |
| 19 | 2. The lead plaintiff selected by the court pursuant to § 78u-4(a)(3) of the |
| 20 | Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Reform Act, |
| 21 | shall have sixty days from entry of the order designating lead plaintiff and lead counsel to file an |
| 22 | amended complaint in this proceeding. |
| 23 | 3. The time within which Defendants must answer, move or otherwise respond to |
| 24 | the complaint in this action is extended until sixty days after service on Defendants by lead |
| 25 | plaintiff of an amended complaint. |
| 26 | 4. In the event that Defendants move to dismiss the complaint, lead plaintiff shall |
| 27 | have forty-five days to file its opposition brief and Defendants shall have leave to file a reply |
| 28 | brief thirty days following service of the opposition brief. |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 19, 2010 | BINGHAM MCCUTCHEN LLP |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ John D. Pernick |
| 6 | | Attorneys for Defendants |
| 7 | | Hansen Medical, Inc., Fredrick H. Moll and Steven M. Van Dick |
| 8 | | |
| 9 | DATED: January 14, 2010 | GLACY, BINKOW & GOLDBERG LLP |
| 10 | | |
| 11 | | By: /s/ Lionel Z. Glancy |
| 12 | | |
| 13 | | Attorneys for Plaintiff Robert Curry and Proposed Lead Plaintiffs Mina Farr and Nader Farr |

A/73257232.1/300011-0000343620

2

STIPULATION SETTING TIME FOR FILING AMDENDED COMPLAINT AND RESPONSE
Case No. 09-cv-5094 JF

| | [PROPOSED] ORDER |
|---|---|

**IT IS SO ORDERED.**

DATED: 1/20 , 2010    By: /s/ Jeremy Fogel
The Honorable Jeremy Fogel
United States District Court Judge