UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY,<br>　　　　Plaintiff,<br><br>V.<br>HANSEN MEDICAL, INC.,<br>　　　　Defendants. | Case No. CV-09-5094-JF<br><br>ORDER ADMINISTRATIVELY<br>CLOSING CONSOLIDATED ACTIONS |

On February 25, 2010 the above entitled matter was consolidated with case numbers CV-09-5212-JF and CV-09-5367-JF. At that time, the Court deemed case number CV-09-5094-JF the lead case. In light of the consolidation, the clerk shall administratively close the following cases: CV-09-5212-JF and CV-09-5367-JF.

IT IS SO ORDERED.

Dated: March 24, 2010

JEREMY FOGEL
United States District Judge