LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:     (310) 201-9150
Facsimile:     (310) 201-9160
E-mail:        info@glancylaw.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HANSEN MEDICAL, INC., FREDERIC H. MOLL and STEVEN M. VAN DICK,<br><br>Defendants. | No. 5:09-cv-05094-JF<br><br><u>Class Action</u><br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF A CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**<br><br>Judge: Hon. Jeremy Fogel |

WHEREAS, by Order filed January 25, 2010 (Docket #11), the Court entered a stipulation and order setting the time for filing of an amended complaint and Defendants' responses thereto, which provides, *inter alia*, that the Court-appointed lead plaintiff(s) shall have sixty days from entry of the order designating lead plaintiff(s) to file an amended complaint;

WHEREAS, by Order dated February 25, 2010 (Docket #15), the Court appointed Mina Farr and Nader Farr as Lead Plaintiffs ("Lead Plaintiffs") and Glancy Binkow & Goldberg LLP as Lead Counsel ("Lead Counsel"), and two related securities class actions – *Livingstone v. Hansen Medical, Inc. et al.*, No. C-09-5212 and *Prenter v. Hansen Medical, Inc. et al.*, No. 09-5367-CRB – were consolidated in this Court with the above-captioned action;

WHEREAS, in accordance with the Court's January 25, 2010 Order, Lead Plaintiffs shall file an amended complaint in the consolidated action on or before April 26, 2010; Defendants shall respond to the amended complaint on or before June 25, 2010; and, in the event Defendants file a motion to dismiss the complaint, Lead Plaintiffs shall respond to any motion to dismiss on or before August 9, 2010, and Defendants shall file any opposition brief on or before September 8, 2010;

WHEREAS, counsel for Defendants and Lead Counsel have conferred and agreed to allow Lead Plaintiffs fourteen additional days in which to file a consolidated amended complaint;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1. Lead Plaintiffs shall file a consolidated amended complaint on or before May 10, 2010.

2. Defendants shall respond to the consolidated amended complaint on or before July 9, 2010.

3. Lead Plaintiffs shall respond to any motion to dismiss the complaint on or before August 23, 2010.

4. Defendants shall file any reply brief on or before September 22, 2010.

**IT IS SO STIPULATED.**

DATED: April 15, 2010            **GLANCY BINKOW & GOLDBERG LLP**

By: /s/ Michael Goldberg
    Lionel Z. Glancy
    Michael Goldberg

*Lead Counsel for Lead Plaintiffs*

DATED: April 15, 2010     **BINGHAM MCCUTCHEN LLP**

By:   /s/ Charlene S. Shimada
      David M. Balabanian (# 37368)
      Charlene S. Shimada (# 91407)
      John D. Pernick (#1155468)

*Counsel for Defendants Hansen Medical, Inc., Frederic H. Moll, and Steven M. Van Dick*

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __4/26__ , 2010         By: _____
                                The Honorable Jeremy Fogel
                                United States District Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES** |
| 2 | |
| 3 | I, the undersigned, say: |
| 4 | I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067. |
| 5 | |
| 6 | On April 15, 2010, I caused to be served the following document: |
| 7 | |
| 8 | **STIPULATION AND [PROPOSED] ORDER RE FILING OF A CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO** |
| 9 | on all ECF-registered parties in the action as follows: |
| 10 | **See attached Service List.** |
| 11 | I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2010, at Los Angeles, California. |
| 12 | |
| 13 | |
| 14 | *s/ Michael Goldberg*<br>Michael Goldberg |

# Mailing Information for a Case 5:09-cv-05094-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **John D. Pernick**
  john.pernick@bingham.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lionel Z Glacny
```
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067