LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:     (310) 201-9150
Facsimile:     (310) 201-9160
E-mail:        info@glancylaw.com

**E-Filed 7/15/2010**

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HANSEN MEDICAL, INC., FREDERIC H. MOLL, STEVEN M. VAN DICK, and GARY C. RESTANI,<br><br>Defendants.<br><br>AND RELATED ACTIONS | No. 5:09-cv-05094-JF<br><br><u>Class Action</u><br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF A SECOND CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**<br><br>Judge: Hon. Jeremy Fogel |

WHEREAS, by Stipulation and Order dated April 26, 2010 (Docket #21), the parties set a schedule for filing of a Consolidated Amended Complaint for Violations of the Federal Securities Laws (the "Consolidated Amended Complaint") and Defendants' contemplated motion(s) to dismiss;

WHEREAS, the April 26, 2010 Stipulation and Order provides that (i) Lead Plaintiffs shall file a Consolidated Amended Complaint no later than May 10, 2010, (ii) Defendants shall respond to the Consolidated Amended Complaint on or before July 9, 2010, (iii) Lead Plaintiffs shall respond to any motion to dismiss on or before August 23, 2010, and (iv) Defendants shall file any reply on or before September 22, 2010;

No. 09-cv-05094-JF
STIPULATION AND [PROPOSED] ORDER RE FILING OF A [PROPOSED]
SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO

Page 1

1  WHEREAS, Lead Plaintiffs Consolidated Amended Complaint was filed with the Court on May 10, 2010;

WHEREAS, on May 11, 2010, Lead Plaintiffs filed a [Corrected] Consolidated Amended Complaint, which corrected the Consolidated Amended Complaint only insofar as the [Corrected] Consolidated Amended Complaint added the names of defendants Frederic H. Moll, Steven M. Van Dick and Gary C. Restani to the caption;

WHEREAS, after filing the [Corrected] Consolidated Amended Complaint, Lead Plaintiffs diligently continued to investigate their claims and Lead Plaintiffs' investigator found additional information highly relevant to the allegations contained in the [Corrected] Consolidated Amended Complaint;

WHEREAS, Lead Plaintiffs determined that in the interest of judicial economy, rather than proceeding with briefing on the [Corrected] Consolidated Amended Complaint, at this juncture, it would be more efficient to further amend the [Corrected] Consolidated Amended Complaint to include the new information obtained by Lead Plaintiffs;

WHEREAS, through their counsel, Lead Plaintiffs promptly notified counsel for the Defendants of Lead Plaintiffs' intention to further amend the [Corrected] Consolidated Amended Complaint;

WHEREAS, counsel for the parties have further conferred and agreed regarding the filing of a Second Consolidated Amended Complaint and a new briefing schedule thereon; and

WHEREAS, the parties have agreed that a copy of the [Proposed] Second Consolidated Amended Complaint (attached hereto as Exhibit A) should be filed;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1.  Lead Plaintiffs will file and serve the Second Consolidated Amended Complaint within ten (10) calendar days of the Court's entry of this Stipulation and Order;

No. 09-cv-05094-JF
STIPULATION AND [PROPOSED] ORDER RE FILING OF A [PROPOSED]
SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO

Page 2

2. Defendants shall respond to the Second Consolidated Amended Complaint on or before September 17, 2010;

3. In the event Defendants file a motion(s) to dismiss, Lead Plaintiffs shall file their oppositions to defendants' motion(s) to dismiss on or before November 1, 2010;

4. Defendants shall file their repl(ies) on or before December 10, 2010; and

5. Defendants shall notice their motions to dismiss for hearing on January 14, 2011, at 9:00 a.m. in Courtroom 3.

**IT IS SO STIPULATED.**

DATED: July 6, 2010            **GLANCY BINKOW & GOLDBERG LLP**


By:      */s/ Michael Goldberg*
     Lionel Z. Glancy
     Michael Goldberg

*Lead Counsel for Lead Plaintiffs*


DATED: July 6, 2010            **BINGHAM MCCUTCHEN LLP**


By:      */s/ John D. Pernick*
     David M. Balabanian (# 37368)
     Charlene S. Shimada (# 91407)
     John D. Pernick (#1155468)

*Counsel for Defendants Hansen Medical, Inc., Frederic H. Moll, Steven M. Van Dick, and Gary C. Restani*

I, Michael Goldberg, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that John D. Pernick has concurred in this filing.

          */s/ Michael Goldberg*
          Michael Goldberg

1
2                              **~~[PROPOSED]~~ ORDER**

3       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4    DATED: July __15__, 2010              By:_____
5                                              The Honorable Jeremy Fogel
                                               United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. 09-cv-05094-JF
STIPULATION AND [PROPOSED] ORDER RE FILING OF A [PROPOSED]
SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO

Page 4

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On July 6, 2010, I caused to be served the following document:

**STIPULATION AND [PROPOSED] ORDER RE FILING OF A SECOND CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**

on all ECF-registered parties in the action as follows:

**See attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 5:09-cv-05094-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **John D. Pernick**
  john.pernick@bingham.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lionel Z Glacny
```
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067