BINGHAM MCCUTCHEN LLP
David M. Balabanian (SBN 37368)
david.balabanian@bingham.com
Charlene S. Shimada (SBN 91407)
charlene.shimada@bingham.com
John D. Pernick (SBN 155468)
john.pernick@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000

**E-Filed 9/9/2010**

Attorneys for Defendants
Hansen Medical, Inc., Fredrick H. Moll, Steven M. Van Dick and Gary C. Restani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>HANSEN MEDICAL INC., FREDERICK H. MOLL and STEVEN M. VAN DICK,<br><br>                    Defendants. | Case No. 09-cv-5094 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE RESPONSES TO SECOND CONSOLIDATED AMENDED COMPLAINT** |

1   WHEREAS, by Stipulation and Order dated July 15, 2010 (Docket #27), the parties set a
2   briefing schedule for Defendants' responses to the Second Consolidated Amended Complaint for
3   Violations of the Federal Securities Laws (the "Second Consolidated Amended Complaint");
4   WHEREAS, the parties have scheduled a mediation in this matter for September 29,
5   2010;
6   WHEREAS, the parties agree that in order to avoid unnecessary legal expenses and in the
7   interests of justice and judicial economy, Defendants' responses to the Second Consolidated
8   Amended Complaint should be postponed while the parties pursue their attempts to resolve their
9   dispute;
10  WHEREAS, counsel for the parties have conferred and agreed on a new briefing
11  schedule;
12
13  THEREFORE the parties, by and through their undersigned counsel of record, hereby
    agree and stipulate to the following:
14
15  1.  Defendants shall respond to the Second Consolidated Amended Complaint on
    or before October 13, 2010
16
17  3. In the event Defendants file a motion(s) to dismiss, Lead Plaintiffs shall file
    their opposition(s) to Defendants' motion(s) to dismiss on or before December 6, 2010;
18
19  4. Defendants shall file their repl(ies) on or before January 21, 2011; and
20  5. Defendants shall notice their motion(s) to dismiss for hearing on February 18,
    2011, at 9:00 a.m. in Courtroom 3.
21
22
23
24
25
26
27
28

1     The parties respectfully request that the Court enter an Order approving this Stipulation.

2

DATED: September 7, 2010

BINGHAM MCCUTCHEN LLP
David M. Balabanian
Charlene S. Shimada
John D. Pernick
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286


By:_____/s/ John D. Pernick_____
                John D. Pernick


Attorneys for Defendants Hansen Medical, Inc., Fredrick H. Moll, Steven M. Van Dick and Gary C. Restani


DATED: September 7, 2010

GLACY, BINKOW & GOLDBERG LLP
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160


By:_____/s/ Lionel Z. Glancy_____
                Lionel Z. Glancy

Lead Counsel for Plaintiffs

1                                          **[PROPOSED] ORDER**

2

3    **IT IS SO ORDERED.**

4    DATED: __Sept. 9__, 2010             By: _____

5                                                          The Honorable Jeremy Fogel
                                                          United States District Court Judge

| | |
|---|---|
| 1 | ATTESTATION PURSUANT TO GENERAL ORDER 45 |
| 2 | I, John D. Pernick, attest that concurrence in the filing of this document has been |
| 3 | obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed |
| 4 | document. |
| 5 | I declare under penalty of perjury under the laws of the United States of America that the |
| 6 | foregoing is true and correct. |
| 7 | Executed this 7th day of September, 2010, at San Francisco, California. |

BINGHAM MCCUTCHEN LLP

By:   /s/ John D. Pernick
        John D. Pernick

Attorneys for Defendants Hansen Medical, Inc., Fredrick H. Moll, Steven M. Van Dick and Gary C. Restani

1 | CERTIFICATE OF MAILING

2 I hereby certify that on September 7, 2010, I electronically transmitted the attached

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice

4 of Electronic Filing to the CM/ECF registrants on record.

```
                              By:      /s/ Diane R. Imai
                                         Diane R. Imai
```