BINGHAM MCCUTCHEN LLP
David M. Balabanian (SBN 37368)
david.balabanian@bingham.com
Charlene S. Shimada (SBN 91407)
charlene.shimada@bingham.com
John D. Pernick (SBN 155468)
john.pernick@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000

Attorneys for Defendants
Hansen Medical, Inc., Fredrick H. Moll, Steven M. Van Dick and Gary C. Restani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANSEN MEDICAL INC., FREDERICK H. MOLL and STEVEN M. VAN DICK,<br><br>Defendants. | Case No. 09-cv-5094 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITATIONS FOR RESPONSES TO SECOND CONSOLIDATED AMENDED COMPLAINT** |

1  WHEREAS, by Stipulation and Order dated September 9, 2010 (Docket #31), the parties
2  set a briefing schedule for Defendants' responses to the Second Consolidated Amended
3  Complaint for Violations of the Federal Securities Laws (the "Second Consolidated Amended
4  Complaint");
5  WHEREAS, the parties have agreed that given the complexity of the issues to be will be
6  addressed in Defendants' responses to the SAC, expanded page limits on briefs are warranted;
7  THEREFORE, the parties, by and through their undersigned counsel of record, hereby
8  agree and stipulate to the following:
9  1. Defendants will file a single motion to dismiss the SAC, the points and
10 authorities of which shall not exceed 40 pages;
11 2. Lead Plaintiffs' points and authorities in opposition shall not exceed 40 pages;
12 3. Defendants will file a single reply brief that shall not exceed 20 pages.

The parties respectfully request that the Court enter an Order approving this Stipulation.

DATED: October 8, 2010

BINGHAM MCCUTCHEN LLP
David M. Balabanian
Charlene S. Shimada
John D. Pernick
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  415.393.2000
Facsimile: 415.393.2286


By:          /s/ John D. Pernick
                    John D. Pernick


Attorneys for Defendants Hansen Medical, Inc.,
Fredrick H. Moll, Steven M. Van Dick and Gary C.
Restani

DATED: October 8, 2010

GLACY, BINKOW & GOLDBERG LLP
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160


By: _____/s/ Lionel Z. Glancy_____
            Lionel Z. Glancy

Lead Counsel for Plaintiffs

1                                        [~~PROPOSED~~] ORDER

2

3   **IT IS SO ORDERED.**

4   DATED: __10/12__, 2010          By: _____[signature]_____

5                                     The Honorable Jeremy Fogel
                                           United States District Court Judge

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, John D. Pernick, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of October, 2010, at San Francisco, California.

BINGHAM MCCUTCHEN LLP

By:     /s/ John D. Pernick
       John D. Pernick

Attorneys for Defendants Hansen Medical, Inc., Fredrick H. Moll, Steven M. Van Dick and Gary C. Restani

CERTIFICATE OF MAILING

I hereby certify that on October 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: /s/ Diane R. Imai
Diane R. Imai

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITATIONS
Case No. 09-cv-5094 JF