LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
EX KANO S. SAMS II (#192936)
ROBERT V. PRONGAY (#270796)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
E-mail:       info@glancylaw.com

*Lead Counsel for Plaintiffs*

\*\*E-Filed 12/6/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HANSEN MEDICAL, INC., FREDERIC H. MOLL, STEVEN M. VAN DICK, and GARY C. RESTANI<br><br>Defendants. | No. 5:09-cv-05094-JF<br><br>Class Action<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Jeremy Fogel |

WHEREAS, by Stipulation and Order dated September 9, 2010 (Doc. #31), the parties set a briefing schedule for Defendants' responses to the Second Consolidated Amended Complaint for Violations of the Federal Securities Laws (the "Second Consolidated Amended Complaint");

WHEREAS, the Stipulation and Order dated September 9, 2010 (Doc. #31), provided: (i) that Defendants shall respond to the Second Consolidated Amended Complaint on or before October 13, 2010, (ii) that in the event Defendants file a motion(s) to dismiss, Lead Plaintiffs shall file their opposition(s) to Defendants' motion(s) to dismiss on or before December 6, 2010, (iii) that Defendants shall file their repl(ies) on or before January 21, 2010, and (iv) that Defendants' shall

notice their motion(s) to dismiss for hearing on February 18, 2011, at 9:00 a.m. in Courtroom 3;

WHEREAS, on October 13, 2010, Defendants filed a motion to dismiss the Second Consolidated Amended Complaint and noticed their motion for hearing on February 18, 2011, at 9:00 a.m. in Courtroom 3;

WHEREAS, due to various scheduling matters and intervening holidays, counsel for the parties have conferred and agreed to extend by two weeks each of the remaining deadlines contained in the briefing schedule set forth in the Stipulation and Order dated September 9, 2010 (Doc. #31) and the hearing on Defendants' motion to dismiss;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1. Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss on or before December 20, 2010;

2. Defendants shall file their reply on or before February 4, 2011; and

3. The hearing on Defendants' motion to dismiss noticed for February 18, 2011, at 9:00 a.m. in Courtroom 3, shall be continued until March 4, 2011, at 9:00 a.m. in Courtroom 3, ~~or until another date convenient to the Court (_____ \_\_\_, 2011, at \_\_\_\_ a.m./p.m. in Courtroom 3).~~

**IT IS SO STIPULATED.**

DATED: November 29, 2010         **GLANCY BINKOW & GOLDBERG LLP**

                                            By: *s/ Peter A. Binkow*
                                                Peter A. Binkow
                                            Lionel Z. Glancy
                                            Ex Kano S. Sams II
                                            Robert V. Prongay
                                            1801 Avenue of the Stars, Suite 311
                                            Los Angeles, CA 90067
                                            Telephone:     (310) 201-9150
                                            Facsimile:     (310) 201-9160

                                            ***Lead Counsel for Lead Plaintiffs***

| | | |
|---|---|---|
| 1 | DATED: November 29, 2010 | **BINGHAM MCCUTCHEN LLP** |
| 2 | | |
| 3 | | By: <u>*s/ John D. Pernick*</u> |
| 4 | | John D. Pernick (# 155468)<br>David M. Balabanian (# 37368) |
| 5 | | Charlene S. Shimada (# 91407)<br>Three Embarcadero Center |
| 6 | | San Francisco, CA 94111-4067 |
| 7 | | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 |
| 8 | | |
| 9 | | ***Counsel for Defendants Hansen Medical, Inc., Frederic H. Moll, Steven M. Van Dick, and Gary C.*** |
| 10 | | ***Restani*** |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 6 , 2010         By: _____
                                 The Honorable Jeremy Fogel
                                 United States District Judge

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 29, 2010, I caused to be served the following document:

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING ON DEFENDANTS' MOTION TO DISMISS**

By posting these documents to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 29, 2010, at Los Angeles, California.

*S/ Peter A. Binkow*
Peter A. Binkow

# Mailing Information for a Case 5:09-cv-05094-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **John D. Pernick**
  john.pernick@bingham.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,khuang@rgrdlaw.com,ingo@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Ex Kano S. Sams , II**
  esams@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lionel Z Glacny
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
```