BINGHAM MCCUTCHEN LLP
David M. Balabanian (SBN 37368)
david.balabanian@bingham.com
Charlene S. Shimada (SBN 91407)
charlene.shimada@bingham.com
John D. Pernick (SBN 155468)
john.pernick@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000

Attorneys for Defendants
Hansen Medical, Inc., Fredrick H. Moll, Steven M. Van Dick and Gary C. Restani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANSEN MEDICAL INC., FREDERICK H. MOLL and STEVEN M. VAN DICK,<br><br>Defendants. | Case No. 09-cv-5094 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITATION FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT** |

1  WHEREAS, by Stipulation and Order dated October 12, 2010 (Docket #43), the parties
2  set page limits on Defendants' motion to dismiss the Second Consolidated Amended Complaint
3  for Violations of the Federal Securities Laws (the "SAC") and related briefs;

4  WHEREAS, the parties have agreed that given the complexity of the issues to be
5  addressed in Defendants' reply in support of the motion to dismiss the SAC, an expanded page
6  limit is warranted;

7  THEREFORE, the parties, by and through their undersigned counsel of record, hereby
8  agree and stipulate that Defendants will file a single reply brief that shall not exceed 25 pages.

9
10  The parties respectfully request that the Court enter an Order approving this Stipulation.

11  DATED:  January 25, 2011                    BINGHAM MCCUTCHEN LLP
                                                David M. Balabanian
12                                              Charlene S. Shimada
13                                              John D. Pernick
                                                Three Embarcadero Center
14                                              San Francisco, CA  94111
                                                Telephone:  415.393.2000
15                                              Facsimile:  415.393.2286
16
17
                                                By:           /s/ Charlene S. Shimada
18                                                              Charlene S. Shimada
19
                                                Attorneys for Defendants Hansen Medical, Inc.,
20                                              Fredrick H. Moll, Steven M. Van Dick and Gary C.
                                                Restani
21
22
23
24
25
26
27
28

1
2  DATED:  January 25, 2011          GLACY, BINKOW & GOLDBERG LLP
3                                     Lionel Z. Glancy
                                      Ex Kano S. Sams II
4                                     1801 Avenue of the Stars, Suite 311
                                      Los Angeles, California 90067
5                                     Telephone: (310) 201-9150
                                      Facsimile: (310) 201-9160
6
7
8                                     By:         /s/ Ex Kano S. Sams II
                                                  Ex Kano S. Sams II
9
10                                    Lead Counsel for Plaintiffs
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 [PROPOSED] ORDER

2 **IT IS SO ORDERED.**

3

4 DATED: __1/31__, 2011    By: _____

5 The Honorable Jeremy Fogel
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITATION FOR DEFENDANTS' REPLY
Case No. 09-cv-5094 JF

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Charlene S. Shimada, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of January, 2011, at San Francisco, California.

BINGHAM MCCUTCHEN LLP

By:     /s/ Charlene S. Shimada
        Charlene S. Shimada

Attorneys for Defendants Hansen Medical, Inc., Fredrick H. Moll, Steven M. Van Dick and Gary C. Restani

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING |

I hereby certify that on January 25, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By:    /s/ Diane R. Imai
        Diane R. Imai