LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
EX KANO S. SAMS II (#192936)
ROBERT V. PRONGAY (#270796)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HANSEN MEDICAL, INC., FREDERIC H. MOLL and STEVEN M. VAN DICK,<br><br>Defendants.<br><hr>AND RELATED ACTIONS | No. 5:09-cv-05094-JF<br><br>Class Action<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**<br><br>Judge: Hon. Jeremy Fogel |

WHEREAS, by Order entered August 25, 2011 (Docket #59), the Court granted defendants' motion to dismiss plaintiffs' Second Consolidated Amended Complaint for Violations of the Federal Securities Laws without prejudice;

WHEREAS, the Court's August 25, 2011, Order provided that, *inter alia*, Court-appointed Lead Plaintiffs shall have thirty days from entry of the order to file an amended complaint;

WHEREAS, pursuant to the Court's August 25, 2011, Order, Lead Plaintiffs have until September 26, 2011 to file an amended complaint; and

WHEREAS, in light of the parties' respective scheduling conflicts and upcoming holidays, counsel for Defendants and Lead Counsel have conferred and agreed to allow Lead Plaintiffs an additional fifteen days to file an amended consolidated complaint and agreed upon a mutually acceptable briefing schedule for defendants' anticipated motion to dismiss plaintiffs' forthcoming amended complaint.

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1. Lead Plaintiffs shall file an amended complaint on or before October 11, 2011;
2. Defendants shall file a motion to dismiss the amended consolidated complaint, or otherwise respond to the amended complaint on or before November 9, 2011;
3. Lead Plaintiffs shall file an opposition to any motion to dismiss the complaint on or before December 9, 2011; and
4. Defendants shall file any reply brief on or before January 9, 2012.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: September 1, 2011 | **GLANCY BINKOW & GOLDBERG LLP** |
| 2 | | |
| 3 | | By: *s/ Michael Goldberg* |
| 4 | | Lionel Z. Glancy<br>Michael Goldberg |
| 5 | | Ex Kano S. Sams II<br>Robert V. Prongay |
| 6 | | |
| 7 | | *Lead Counsel for Lead Plaintiffs* |
| 8 | DATED: September 1, 2011 | **BINGHAM MCCUTCHEN LLP** |
| 9 | | |
| 10 | | By: *s/ John D. Pernick* |
| 11 | | David M. Balabanian (# 37368)<br>Charlene S. Shimada (# 91407) |
| 12 | | John D. Pernick (#1155468) |
| 13 | | *Counsel for Defendants Hansen Medical, Inc.,* |
| 14 | | *Frederic H. Moll, and Steven M. Van Dick* |

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 DATED: 9/9 , 2011      By: _____
4                             The Honorable Jeremy Fogel
5                             United States District Judge

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On September 1, 2011, I caused to be served the following document:

**STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 1, 2011, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 5:09-cv-05094-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **John D. Pernick**
  john.pernick@bingham.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,khuang@rgrdlaw.com,ingo@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Ex Kano S. Sams , II**
  esams@glancylaw.com

- **Charlene Sachi Shimada**
  charlene.shimada@bingham.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lionel Z Glacny
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
```