LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
EX KANO S. SAMS II (#192936)
ROBERT V. PRONGAY (#270796)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:     (310) 201-9150
Facsimile:     (310) 201-9160
E-mail:        info@glancylaw.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HANSEN MEDICAL, INC., FREDERIC H. MOLL and STEVEN M. VAN DICK,<br><br>Defendants.<br>_____<br>AND RELATED ACTIONS | No. 5:09-cv-05094-TEH<br><br><u>Class Action</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE FILING OF AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**<br><br>Judge: Hon. Thelton E. Henderson |

1  WHEREAS, by Order entered August 25, 2011 (Docket #59), the Court granted Defendants'

2  motion to dismiss Plaintiffs' Second Consolidated Amended Complaint for Violations of the Federal

3  Securities Laws without prejudice and provided the Court-appointed Lead Plaintiffs thirty (30) days

4  to file an amended complaint;

5  WHEREAS, on September 15, 2011, the Court entered a Stipulation and Order (Docket #61)

6  extending the time for Lead Plaintiffs to file an amended complaint and Defendants' responses

7  thereto;

8  WHEREAS, the Court's September 15, 2011, Stipulation and Order (Docket #61): (i)

9  provided Lead Plaintiffs until October 11, 2011, to file an amended complaint; (ii) provided

10  Defendants until November 9, 2011, to otherwise respond to Lead Plaintiff's amended complaint;

11  and (iii) established dates for filing any opposition and reply briefs in the event Defendants

12  responded to the amended complaint by filing a motion to dismiss;

13  

14  WHEREAS, on September 28, 2011, this Action was reassigned from the Honorable Jeremy

15  Fogel to the Honorable Thelton E. Henderson;

16  WHEREAS, on October 6, 2011, certain events transpired that Lead Plaintiffs contend are

17  directly relevant to Lead Plaintiffs' claims and that Lead Plaintiffs contend provides new factual

18  information that Lead Plaintiffs anticipate will be substantially included in their forthcoming

19  amended complaint; and

20  WHEREAS, Lead Plaintiffs have requested additional time for the filing of an amended

21  complaint in order for them to make any changes they believe should be made to their amended

22  complaint in light of these recent events and Defendants have agreed to Lead Plaintiffs' requested

23  extension of the deadlines for filing of an amended complaint and Defendants' responses thereto

24  contained in the Court's September 15, 2011, Stipulation and Order (Docket #61) by allowing Lead

25  Plaintiffs an additional seven (7) days to file their amended complaint and extending the time for

26  Defendants' responses thereto by an additional seven (7) days, but to leave the remaining dates in

27  the Court's prior Stipulation and Order (Docket #61) unchanged.

28

1    NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully

2    request that the Court enter an Order as follows:

3

4    1.    Lead Plaintiffs shall file an amended complaint on or before October 18, 2011;

5    2.    Defendants shall file a motion to dismiss the amended consolidated complaint, or

     otherwise respond to the amended complaint on or before November 16, 2011;

6

7    3.    As set forth in the Court's prior Stipulation and Order (Docket #61), in the event

8          Defendants move to dismiss the forthcoming amended complaint, any opposition

9          brief(s) shall be filed on or before December 9, 2011, and any reply brief(s) shall be

10         filed on or before on or before January 9, 2012; and

11   4.    In the event Defendants move to dismiss the forthcoming amended complaint,

12         Defendants will notice their motion for at least two weeks after January 9, 2012.

13

     **IT IS SO STIPULATED.**

14

15   DATED: October 7, 2011         **GLANCY BINKOW & GOLDBERG LLP**

16

                                    By: *s/ Michael Goldberg*
17                                  Lionel Z. Glancy
                                    Michael Goldberg
18                                  Ex Kano S. Sams II
                                    Robert V. Prongay
19

20                                  ***Lead Counsel for Lead Plaintiffs***

21   DATED: October 7, 2011         **BINGHAM MCCUTCHEN LLP**

22

23                                  By: *s/ John D. Pernick*
                                    David M. Balabanian (# 37368)
24                                  Charlene S. Shimada (# 91407)
                                    John D. Pernick (#1155468)
25

26                                  ***Counsel for Defendants Hansen Medical, Inc.,***
                                    ***Frederic H. Moll, Steven M. Van Dick, and Gary C.***
27                                  ***Restani***

28

---

1

**[PROPOSED] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

DATED: October 13 , 2011                          By: _____

4

The Honorable Claudia Wilken

5

United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28