| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | David M. Balabanian (SBN 37368) |
| 2 | david.balabanian@bingham.com |
|   | Charlene S. Shimada (SBN 91407) |
| 3 | charlene.shimada@bingham.com |
|   | John D. Pernick (SBN 155468) |
| 4 | john.pernick@bingham.com |
|   | Three Embarcadero Center |
| 5 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | Hansen Medical, Inc., Fredrick H. Moll, Steven M. Van Dick and Gary C. Restani |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on behalf of all others similarly situated, | Case No. 09-cv-5094 CW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER RE DEFENDANTS' RESPONSES TO THIRD AMENDED COMPLAINT** |
| v. | |
| HANSEN MEDICAL INC., FREDERICK H. MOLL, STEVEN M. VAN DICK, and GARY C. RESTANI, and CHRISTOPHER SELLS, | |
| Defendants. | |

---

STIPULATION AND [~~PROPOSED~~] ORDER RE DEFENDANTS' RESPONSES TO THIRD AMENDED COMPLAINT

1  WHEREAS, by Order entered August 25, 2011 (Docket No. 59), the Court granted
2  Defendants' motion to dismiss Plaintiffs' Second Consolidated Amended Complaint for
3  Violations of the Federal Securities Laws without prejudice and provided the Court-appointed
4  Lead Plaintiffs thirty (30) days to file an amended complaint;
5  WHEREAS, on September 15, 2011, the Court entered a Stipulation and Order (Docket
6  No. 61) extending the time for Lead Plaintiffs to file an amended complaint and Defendants'
7  responses thereto;
8  WHEREAS, on September 28, 2011, this Action was reassigned from the Honorable
9  Jeremy Fogel to the Honorable Thelton E. Henderson (Docket No. 62);
10  WHEREAS, on October 12, 2011, this Action was reassigned from the Honorable
11  Thelton E. Henderson to the Honorable Claudia Wilken (Docket No. 66);
12  WHEREAS, on October 13, 2011, the Court entered a Stipulation and Order (Docket
13  No. 68) further extending the time for Lead Plaintiffs to file an amended complaint;
14  WHEREAS, the Court's October 13, 2011, Stipulation and Order (Docket No. 68)
15  provides that (i) Lead Plaintiffs shall file an amended complaint on or before October 18, 2011;
16  (ii) Defendants shall file a motion to dismiss the amended consolidated complaint, or otherwise
17  respond to the amended complaint on or before November 16, 2011; (iii) in the event Defendants
18  move to dismiss the forthcoming amended complaint, any opposition brief(s) shall be filed on or
19  before December 9, 2011, and any reply brief(s) shall be filed on or before on or before January
20  9, 2012; and (iv) in the event Defendants move to dismiss the forthcoming amended complaint,
21  Defendants will notice their motion for at least two weeks after January 9, 2012;
22  WHEREAS, on October 18, 2011, Lead Plaintiffs filed a Third Consolidated Amended
23  Complaint for Violations of the Federal Securities Laws ("Third Amended Complaint") (Docket
24  No. 69);
25  WHEREAS, the Third Amended Complaint names Christopher Sells ("Sells") as an
26  additional defendant in this Action;
27  WHEREAS, the parties have met and conferred regarding the impact of the addition of
28  Sells as a defendant on the previously agreed upon schedule for motions to dismiss and are in

1 | agreement that all of the Defendants' responses to the Third Amended Complaint, including that
2 | of Sells, should be subject to the same briefing schedule;
3 |     WHEREAS, counsel for Sells has indicated that, as part of the parties' process for setting
4 | an agreed upon schedule for responses to the Third Amended Complaint, Sells will agree to
5 | waive personal service of the Third Amended Complaint pursuant to Federal Rule of Civil
6 | Procedure 4(d)(3) and is therefore entitled to sixty (60) days within which to file a motion to
7 | dismiss or otherwise respond to the Third Amended Complaint;
8 |     NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and
9 | respectfully request that the Court enter an Order as follows:
10 |     1. Defendants shall file motions to dismiss the Third Amended Complaint, or otherwise
11 | respond to the Third Amended Complaint on or before January 9, 2012;
12 |     3. In the event Defendants move to dismiss the Third Amended Complaint, any
13 | opposition brief(s) shall be filed on or before February 27, 2012, and any reply brief(s) shall be
14 | filed on or before March 23, 2012; and
15 |     4. The hearing on any motions to dismiss the Third Amended Complaint shall be set for
16 | April 19, 2012 at 2:00 p.m., or as soon as available thereafter.

**IT IS SO STIPULATED**.

DATED:  October 27, 2011

BINGHAM MCCUTCHEN LLP
David M. Balabanian
Charlene S. Shimada
John D. Pernick
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  415.393.2000
Facsimile:  415.393.2286

By:_____/s/ John D. Pernick_____
                     John D. Pernick

Attorneys for Defendants Frederic H. Moll, Steven M. Van Dick, Gary C. Restani and Hansen Medical, Inc.

| | | |
|---|---|---|
| 1 | DATED: October 27, 2011 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| 2 | | A Professional Corporation |
| 3 | | Sarah A. Good |
| | | Jeremy T. Kamras |
| 4 | | Three Embarcadero Center, Seventh Floor |
| | | San Francisco, CA  94111 |
| 5 | | Telephone:  415.434.1600 |
| 6 | | Facsimile:  415.217.5910 |
| 7 | | By:_____/s/ Sarah A. Good_____ |
| | | Sarah A. Good |
| 8 | | |
| | | Attorneys for Defendant Christopher Sells. |
| 9 | DATED:  October 27, 2011 | GLANCY BINKOW & GOLDBERG LLP |
| 10 | | Michael Goldberg |
| | | Ex Kano S. Sams II |
| 11 | | Robert Prongay |
| 12 | | 1801 Avenue of the Stars, Suite 311 |
| | | Los Angeles, CA 90067 |
| 13 | | Telephone:  310.201.9150 |
| | | Facsimile:  410.201.9160 |
| 14 | | |
| 15 | | By:_____/s/ Michael Goldberg_____ |
| | | Michael Goldberg |
| 16 | | Lead Counsel for Lead Plaintiffs. |

3

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' RESPONSES TO THIRD AMENDED COMPLAINT

1    [~~PROPOSED~~] ORDER

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
4    DATED: __November 1__, 2011         _____
                                          Hon. Claudia Wilken
                                          United States District Judge