| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | SARAH A. GOOD (SBN 148742) |
| 2 | sarah.good@pillsburylaw.com |
| | JEFFREY JACOBI (SBN 252884) |
| 3 | jeffrey.jacobi@pilslburylaw.com |
| | 50 Fremont Street |
| 4 | Post Office Box 7880 |
| | San Francisco, CA  94120-7880 |
| 5 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 6 | |
| | Attorneys for Defendant |
| 7 | CHRISTOPHER SELLS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ROBERT CURRY, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

HANSEN MEDICAL, INC., FREDERIC H. MOLL, STEVEN M. VAN DICK, GARY C. RESTANI, and CHRISTOPHER SELLS,

Defendants.

No. 4:09-cv-05094-CW

CLASS ACTION

[~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT CHRISTOPHER SELLS

Upon review of the Notice of Substitution of Counsel submitted by Christopher Sells, Defendant in the above-referenced matter, the Court hereby ORDERS as follows: Sarah A. Good and Jeffrey Jacobi of Pillsbury Winthrop Shaw Pittman LLP shall serve as attorneys of record for Defendant Christopher Sells.  Jeremy T. Kamras, Emily H. Wood and John T. Yow of the law firm of Arnold & Porter LLP are relieved as counsel for the Defendant.

1    IT IS SO ORDERED.

2    Dated: _____5/24/2012_____.

*[signature: Claudia Wilken]*

Honorable Claudia Wilken
United States District Judge

- 2 -   [PROPOSED] ORDER GRANTING SUBSTITUTION OF
COUNSEL FOR DEFENDANT CHRISTOPHER SELLS
Case No. 5:09-cv-05094-CW