IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT CURRY, et al.,            No. C 09-5094 CW

    Plaintiffs,               ORDER DENYING
                                  MOTION TO FILE
   v.                              UNDER SEAL (Docket
                                  No. 127)
HANSEN MEDICAL, INC., et al.,

    Defendants.
_____/

    Plaintiffs Robert Curry, Kim Prenter, Muthusamy Sivanantham, Jean Cawood, and Gary Cawood move to file under seal portions of their proposed fourth amended complaint (4AC) and corresponding motion for leave to amend.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil L.R. 79-5(a). If a document has been designated as confidential by another party, that party must file a declaration establishing that the document is sealable. Civil L.R. 79-5(d).

    Here, Plaintiffs have filed a declaration from Ex Kano S. Sams II in support of their motion to file under seal. However, neither the Sams Declaration nor the motion itself specifies the

precise reasons why the redacted portions of Plaintiffs' proposed 4AC and their motion for leave to amend are "privileged or protectable as a trade secret or otherwise entitled to protection under the law." See Civil L.R. 79-5(a). Indeed, it is unclear from Plaintiffs' papers which party is designating the redacted material confidential and on what basis they seek to do so.

Accordingly, Plaintiffs' motion for leave to file under seal (Docket No. 127) is DENIED. Within five days of this order, Plaintiffs shall file unredacted versions of their proposed 4AC and motion for leave to amend in the public record or submit a renewed motion to file these documents under seal. Any renewed motion to file under seal must identify with particularity why the redacted material is privileged or legally protected, as required by Civil Local Rule 79-5(a).

IT IS SO ORDERED.

Dated: 1/23/2013

CLAUDIA WILKEN
United States District Judge