LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
EX KANO S. SAMS II (#192936)
ROBERT V. PRONGAY (#270796)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:      (310) 201-9150
Facsimile:      (310) 201-9160
E-mail:          info@glancylaw.com

*Lead Counsel for Plaintiffs*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ROBERT CURRY, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>HANSEN MEDICAL, INC., FREDERIC H. MOLL, STEVEN M. VAN DICK, GARY C. RESTANI, and CHRISTOPHER SELLS<br><br>       Defendants.<br>_____<br>This Document Relates To:<br><br>  ALL ACTIONS. | Lead Case No. 4:09-cv-05094-CW<br><br>CLASS ACTION<br><br>**STIPULATED REQUEST FOR MODIFIED SCHEDULE FOR BRIEFING AND HEARING ON MOTION FOR LEAVE TO AMEND TO FILE FOURTH CONSOLIDATED AMENDED COMPLAINT AND ORDER**<br>**[THIRD REQUEST]**<br><br>Date:  March 21, 2013<br>Time:  2:00 p.m.<br>Courtroom: 2<br>Judge:  Hon. Claudia Wilken |

WHEREAS, on January 4, 2013, plaintiffs filed Plaintiffs' Notice of Motion and Motion for Leave to Amend to File a Fourth Consolidated Amended Complaint for Violations of the Federal Securities Laws (the "Motion") (Docket No. 128) in the above-captioned matter;

WHEREAS, on January 11, 2013, the Court entered a briefing schedule (Docket No. 132) that set the deadline for Oppositions to the Motion as no later than February 1, 2013, the deadline for Plaintiffs' Replies to Oppositions to the Motion as no later than February 15, 2013, and the hearing on the Motion for March 7, 2013'

WHEREAS, on January 28, 2013, Katten Muchin Rosenman LLP ("Katten") notified Plaintiffs it was entering the case as lead counsel for defendants Hansen Medical, Inc., Frederic H. Moll, Steven M. Van Dick and Gary C. Restani (with Christopher Sells, "Defendants");

WHEREAS, Defendants requested, and Plaintiffs agreed, to delay the deadline for filing Oppositions to the Motion for ten days in order to allow time for Katten to participate in the drafting of the Oppositions to the Motion;

WHEREAS, on January 31, 2013, the Court granted the parties' stipulation to allow Defendants additional time for their responses;

WHEREAS, a scheduling conflict has arisen that necessitates the selection of a new hearing date for Plaintiffs' Motion; and

WHEREAS, Defendants do not oppose extending the deadline for Plaintiffs to file their Reply brief.

NOW, THEREFORE, pursuant to Local Rule 6-1(b), Plaintiffs and Defendants, through their respective counsel, hereby STIPULATE as follows:

1.     Plaintiffs' Replies to Oppositions to the Motion shall be filed no later than March 26, 2013.

2.    Plaintiffs' Motion shall be heard on April 18, 2013 at 2:00 p.m., or the first available date thereafter.

3.    The March 21, 2013 hearing on Plaintiffs' Motion shall be vacated.

DATED: February 28, 2013            **GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Ex Kano S. Sams II*
      Ex Kano S. Sams II

*Lead Counsel for Plaintiffs*

DATED: February 28, 2013            **KATTEN MUCHIN ROSENMAN LLP**

By: *s/ Bruce G. Vanyo*
      Bruce G. Vanyo

*Counsel for Defendants Hansen Medical, Inc., Frederic H. Moll, Steven M. Van Dick and Gary C. Restani*

DATED: February 28, 2013            **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: *s/ Sarah A. Good*
      Sarah A. Good

*Counsel for Defendant Christopher Sells*

## ORDER

IT IS ORDERED that the Stipulated Request for Modified Schedule for Briefing and Hearing for Leave to File Fourth Consolidated Amended Complaint is GRANTED.  **Plaintiffs' Motion will be heard on April 18, 2013 at 2:00 p.m.**


IT IS SO ORDERED.

Dated:   _____3/1/2013_____                    _____
                                                HON. CLAUDIA WILKEN
                                                UNITED STATES DISTRICT JUDGE