# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT CURRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANSEN MEDICAL, INC., and others<br><br>Defendants. | Case No. 09-cv-05094 CW (NC)<br><br>**ORDER REQUESTING DOCUMENTS RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 149 |

Defendant Christopher Sells and plaintiffs filed a joint discovery letter brief in which Sells requests an order compelling plaintiffs to respond to interrogatories 4 and 5 in Sells' third set of interrogatories, which seek information communicated to plaintiffs or their counsel by the SEC regarding allegations in the underlying complaint. Plaintiffs argue that the interrogatories improperly seek protected work product, that the attorneys involved in the communications are not fact witnesses, and that therefore, they should not be compelled to reveal the contents of their communications with counsel from the SEC.

By March 27, 2013 at 5:00 p.m., Sells must file in ECF a copy of the interrogatories at issue and any responses that plaintiffs have provided to date. The Court will hear the matter on April 17, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: March 26, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 09-cv-05094 CW (NC)
ORDER REQUESTING
DOCUMENTS